IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NADINE MARIE REIBER,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | No. 2:15-CV-204-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO REVERSE AND REMAND |

BEFORE THIS COURT is parties' Stipulated Motion to Remand, ECF No. 18. Having reviewed the Stipulation and the record, **IT IS ORDERED** that the Commissioner's decision in regard to Plaintiff's application for supplemental security income and disability insurance benefits under Titles II and XVI of the Social Security Act be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings before an administrative law judge, to include a hearing *de novo*, and a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

ORDER GRANTING STIPULATED MOTION TO REVERSE AND REMAND ~ 1

1  This District Court Clerk is hereby directed to enter this Order, to enter
2  Judgment for Plaintiff, and provide copies of this Order and the Judgment to
3  counsel, and close this case.
4  **DATED** this 8th day of August, 2016.

6  *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
   United States District Court