# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| NADINE MARIE REIBER <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Commissioner of Social Security Administration <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:15-CV-00204-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Commissioner's decision in regard to Plaintiff's application for supplemental security income and disability insurance benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an administrative law judge, to include a hearing de novo, and a new decision. This Court reverses the Commissioner's decision under sentence four of 42 U.S.C. 405(g) with a remand of the cause to the Commissioner for further proceedings. Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Peterson  on a motion for Remand.

Date:  August 8, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy